UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALVIN JOSEPH BOATRIGHT,<br><br>            Plaintiff,<br><br>V.<br><br>THE UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. 2:25-cv-01641-SB-ADS<br><br>JUDGMENT |

Pursuant to the Order accepting and modifying the findings, conclusions and recommendations of United States Magistrate Judge, Plaintiff's claims are dismissed for lack of subject matter jurisdiction.

Dated:  April 2, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge